# THE FIERST LAW GROUP, P.C.

462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK 11596

(516) 586-4221

FAX: (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
*Admitted to Practice in New York and Connecticut

March 11, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  3/12/2021

Re:   *Your Way Trucking LLC v. Black Rose Hospitality LLC etc., et. al.*
      *Case No. 20-cv-05297-VSB*

Dear Judge Broderick:

This law firm represents the Plaintiff in the referenced action. I am writing to you to request an extension of time to submit a Joint Status Letter and proposed Case Management Plan, which is currently required to be filed by March 12, 2021 pursuant to the order dated January 26, 2021.

My colleague/adversary, Raymond Nardo, has appeared in this action on behalf of the defendants Gashi and Hasangjekaj with respect to the Amended Complaint. The other defendants, Black Rose Hospitality LLC d/b/a Greenwich Social and David Richer have been served with the pleadings in this action. They have not yet appeared in this action, and their time to do so expires on March 18, 2021 (*Dkt. 31 and 32*).

To that end, and to provide the remaining defendants with time to appear in this action (after which time I will have all parties available to consult with respect to the Joint Status Letter and proposed Case Management Plan or move appropriately for a default), it is respectfully requested that the time within which to comply with the Order be extended until April 12, 2021. Mr. Nardo has consented to this request.

Thank you for your attention and consideration to this request.

Respectfully submitted,

Timothy J. Fierst

TJF:me